CARR v. RATLEDGE.

HOLDEN, J. The petition was not subject to general demurrer, nor was it subject to any of the special demurrers overruled by the court.

*Judgment affirmed. All the Justices concur.*

JUNE 23, 1911.

Action for damages. Before Judge Pendleton. Fulton superior court. June 4, 1910.

*Dodd & Dodd* and *J. B. Stewart,* for plaintiff in error.

*Lavender R. Ray,* contra.